# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANIQUE BEST, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  -v-<br><br>CHEXSYSTEMS, INC.,<br><br>        Defendant. | Case No.: 1:24-cv-03228- ENV-VMS |

## STIPULATION OF DISMISSAL

Plaintiff Shanique Best and Defendant Chex Systems, Inc., acting through the undersigned counsel pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff's claims are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: November 25, 2025

Respectfully submitted,

/s/ James A. Francis
James A. Francis*
John Soumilas*
Lauren KW Brennan*
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: 215-735-8600
Fax: 215-940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Kevin C. Mallon
**FRANCIS MAILMAN SOUMILAS, P.C.**
One Liberty Plaza, Suite 2301
New York, NY 10006
Tel: 917-734-6815
kmallon@consumerlawfirm.com

/s/ David M. Gettings
David M. Gettings*
Kathleen M. Hutchenreuther*
**TROUTMAN PEPPER LOCKE LLP**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Tel: (757) 687-7500
Fax: (757) 687-7510
dave.gettings@troutman.com
kathleen.hutchenreuther@troutman.com

Stephen J. Steinlight
**TROUTMAN PEPPER LOCKE LLP**
875 Third Avenue
New York, NY 10022
Tel: (212) 704-6227
Fax: (212) 704-6288
stephen.steinlight@troutman.com

*Attorneys for Defendant ChexSystems, Inc.*

Shomari Ward, Esq.
Simratpal Kaur, Esq.
**YOUTH REPRESENT**
11 Park Place, Suite 1512
New York, NY
Tele: (646) 759-4453
sward@youthrepresetn.org
skaur@youthrepresent.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff Shanique Best*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 11/26/2025

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.

## **CERTIFICATE OF SERVICE**

I, James A. Francis, hereby certify that on November 25, 2025, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/James A. Francis